# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALVA V. AND SANDRA M. BRISCO, <br><br> Plaintiffs, <br><br> v. <br><br> ELISA MAGNUSON, ESQ., and PITE DUNCAN, LLP as Trustee, <br><br> Defendants. | Case No. 4:14-cv-00514-BLW <br><br> **ORDER** |

As explained in Magistrate Judge Bush's Order (Dkt. 8), this matter must be remanded to state court because this Court lacks jurisdiction.

## ORDER

**IT IS ORDERED:**

1. This case is **REMANDED** to the Sixth Judicial District for the State of Idaho.

DATED: **February 9, 2015**

B. LYNN WINMILL
Chief U.S. District Court Judge

ORDER - 1